UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST.

Plaintiff,

v.

DEP'T OF STATE,

Defendant.

Civil Action No. 24-03447 (PLF)

## JOINT STATUS REPORT

Protect the Public Trust ("Plaintiff") and the United States Department of State ("Defendant") (collectively, "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Order entered on December 29, 2025. In response, the parties jointly state the following:

1.     Per the aforementioned Order, in response to the parties' Joint Status Report, *see* ECF No. 11, the Court directed the parties "to file another joint status report on or before February 27, 2026."

2.     The parties are still meeting and conferring in an attempt to bring this litigation amicably and without burdening the Court unnecessarily.  Thus, the parties believe that this litigation would benefit from some additional time for the parties to continue their efforts.

WHEREFORE, the parties jointly request that the Court permit them to file another Joint Status Report no later than May 10, 2026.  A proposed order is enclosed herewith.

\*     \*     \*

Dated: February 27, 2026
      Washington, DC

Respectfully submitted,

JACOB ROTH, Esq.
KARIN SWEIGERT, Esq.
Counsel | Dhillon Law Group Inc.
177 Post Street, Suite 700 | San Francisco, CA 94108
Phone: 415.433.1700 | Fax: 415.520.6593

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Kenneth Adebonojo* _____
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST.

     Plaintiff,

  v.

DEP'T OF STATE,

     Defendant.

Civil Action No. 24-03447 (PLF)

### [PROPOSED] ORDER

UPON CONSIDERATION of the parties' Joint Status Report, and for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Joint Status Report no later than May 10, 2026.

SO ORDERED:


_____
Dated

_____
HON. PAUL L. FRIEDMAN
Senior United States District Judge